AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| STEVEN C. RUSSELL | CASE NUMBER: CR07-0179 JCS |
| | USM NUMBER: NONE |
| | Steven C. Russell, pro se |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 Section 1.5(f) | Violation of a Closure (An Infraction) | 12/5/2006 | 1 |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 |

Defendant's Soc. Sec. No.: _____
Defendant's Date of Birth: _____

Defendant's Residence Address:

272 Shoreline Hwy 4
Mill Valley, CA 94941

3/29/2007
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Joseph C. Spero — U.S. Mag. Judge
Name of Judge — Title of Judge

4/3/2007
Date

Defendant's Mailing Address:

Same as Above

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0179 (JCS) |
| Plaintiff(s), | |
| v. | CERTIFICATE OF SERVICE |
| STEVEN C. RUSSELL, | |
| Defendant(s). | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Derek Owens
U.s. Attorneys Office
450 Golden Gate Ave
San Francisco, CA 94102

Steven C. Russell
272 Shoreline Hwy, Apt. 4
Mill Valley, Ca 94941

RICHARD W. WIEKING, CLERK

BY: *(signature)*
Karen. L. Hom., Courtroom Deputy